No. 840. BYRAM CONCRETANKS, INC., *v.* WARREN CONCRETE PRODUCTS CO. OF N. J. ET AL. C. A. 3d Cir. Certiorari denied. *Leopold Frankel* for petitioner. *William W. Evans, Jr.* for Warren Concrete Products Co. of N. J. et al., and *George A. Vaccaro* for Higgins et al., respondents.

No. 887. GENSTIL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *John L. Saltonstall, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.

No. 897. BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS *v.* UNITED STATES; and
No. 906. LACLEDE STEEL CO. ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Sumter D. Marks, Jr.* for petitioner in No. 897. *Abe Garland, Leonard B. Levy, Murray F. Cleveland, Ralph L. Kaskell, Jr., Sumter D. Marks, Jr.* and *Walter J. Suthon, Jr.* for petitioners in No. 906. *Solicitor General Cox, Roger P. Marquis* and *Harold S. Harrison* for the United States. Reported below: 322 F. 2d 698.

No. 907. ORLEANS PARISH SCHOOL BOARD *v.* RELIANCE INSURANCE CO. C. A. 5th Cir. Certiorari denied. *Samuel I. Rosenberg* for petitioner. *June L. Green* for Real Estate Board of New Orleans, Inc., as *amicus curiae*, in support of the petition.

No. 910. DADE BROTHERS, INC., ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *James A. Cuddihy* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.